OF AMERICA ET AL., *ante*, p. 804. Rehearing denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion the petition should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 137. BURLINGTON COUNTY BRIDGE COMMISSION ET AL. *v.* DRISCOLL, GOVERNOR;

No. 184. NONGARD ET AL., TRADING AS KETCHAM & NONGARD, ET AL. *v.* DRISCOLL, GOVERNOR; and

No. 188. BELL *v.* DRISCOLL, GOVERNOR, ET AL., *ante*, p. 838. Petitions for rehearing denied. MR. JUSTICE BLACK took no part in the consideration or decision of these applications.

No. 148. TIDE WATER ASSOCIATED OIL CO. *v.* ROBISON, ON BEHALF OF LOCAL 445, OIL WORKERS INTERNATIONAL UNION, *ante*, p. 804;

No. 189. HARRIS *v.* HARRIS, *ante*, p. 829;

No. 192. TAYLOR *v.* KENTUCKY, *ante*, p. 830;

No. 201. SLENKER ET AL. *v.* GRAND LODGE OF THE STATE OF ILLINOIS OF THE INDEPENDENT ORDER OF ODD FELLOWS, *ante*, p. 830;

No. 260. ARON *v.* SNYDER, SECRETARY OF THE TREASURY, ET AL., *ante*, p. 854;

No. 267. PARIS *v.* TEXAS, *ante*, p. 857;

No. 272. SHELL OIL CO. *v.* WILKIN ET AL., *ante*, p. 854;

No. 326. GLENN L. MARTIN NEBRASKA CO. *v.* CULKIN ET AL., *ante*, p. 866;

No. 82, Misc. PODOLSKI *v.* MICHIGAN, *ante*, p. 845;

No. 116, Misc. MULKEY *v.* MICHIGAN, *ante*, p. 852; and

No. 158, Misc. CARNEY *v.* ANDERSON ET AL., *ante*, p. 860. Petitions for rehearing denied.